# INVOICE

| Invoice Numbers | Date |
|---|---|
| 14-034ec & 14-035ec | 07/25/2014 |

# CLARK
## REAL ESTATE APPRAISAL

704-C East 13th Street, #509
Whitefish, MT 59937

Phone: (406) 862-8151
Fax: (406) 862-8394

**Appraisers:**

Ellie Clark, MAI
Christopher D. Clark

**To:** Keller & Benvenutti, LLP
C/O Ms. April J. Boucher
Patten, Peterman, Bekkedahl & Green
2817 2nd Ave N, Suite 300
Billings, MT 59101

| DESCRIPTION | AMOUNT |
|---|---|
| Appraisal Report of<br>5 Lots in The Homestead at Whitefish<br>Whitefish, Montana | $4,000.00 |
| Appraisal Report of<br>15 Lots & Remaining Acreage in The Homestead at Whitefish<br>Whitefish, Montana | $3,000.00 |
| **TAX ID: 20-0641228** | |
| **Payment Due Upon Receipt. Payments Received After 30 Days May Be Subject to a Late Fee.** | |
| **Subtotal** | $7,000.00 |
| **Less Deposit** | |
| **Total Due** | $7,000.00 |

**Thank you for doing business with Clark Real Estate Appraisal.**