# PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.
## 2817 2nd Avenue N., Suite 300
## Billings, MT 59101-2041

Phone: (406) 252-85(   Tax ID: 81-0487431

August 25, 2014

The Homestead at Whitefish, LLC
c/o Jeffrey Garfinkle
18400 Von Karman Ave Ste 800
Irvine, CA 92612

Regarding:   10-970.01
Homestead at Whitefish, LLC CH 11

Invoice No:   60417

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| **General Administration** | | | | | |
| 3/31/2014 | JAP | Finalize creditor list | 0.30 | $315.00 | $94.50 |
| 3/31/2014 | JAP | Review Paul emails, telephone call with First Interstate Bank regarding wire transfer, prepare responses to Paul | 0.20 | $315.00 | $63.00 |
| 3/31/2014 | JAP | Exchange emails with Paul regarding utilities, JCCS | 0.10 | $315.00 | $31.50 |
| 3/31/2014 | JAP | Review Paul emails, compare paid vendors; revise Schedule F; prepare emails to Paul regarding addresses | 0.40 | $315.00 | $126.00 |
| 4/01/2014 | JAP | Review Garfinkle employment appointment email comment to Garfinkle | 0.10 | $315.00 | $31.50 |
| 4/02/2014 | AJS | Work on Chapter 11 schedules | 0.90 | $125.00 | $112.50 |
| 4/02/2014 | JAP | Review Garfinkle employment application, prepare application | 0.30 | $315.00 | $94.50 |
| 4/02/2014 | JAP | Prepare pro hac motion, revise Garfinkle affidavit, e-mail affidavit to Garfinkle | 0.30 | $315.00 | $94.50 |
| 4/02/2014 | JAP | Telephone call with Garfinkle regarding pro hac motion, 341, IDI; revise pro hoc motion, e-mail to Garfinkle | 0.30 | $315.00 | $94.50 |
| 4/02/2014 | JAP | Review executed employment application, pro hac vice, forward to Leanne for filing | 0.10 | $315.00 | $31.50 |
| 4/02/2014 | LCB | E-file motion for Pro Hac Vice and Affidavit with court | 0.20 | $110.00 | $22.00 |
| 4/02/2014 | LCB | Prepare motion for Pro Have Vice and Affidavit of Jeffrey K. Garfinkle for Admission Pro Hac Vice | 1.00 | $110.00 | $110.00 |
| 4/02/2014 | LCB | Upload creditor matrix to bankruptcy court website; | 0.20 | $110.00 | $22.00 |
| 4/02/2014 | LCB | Conference with April and Andy regarding schedules | 0.10 | $110.00 | $11.00 |
| 4/03/2014 | AJS | Make revisions to schedules | 0.70 | $125.00 | $87.50 |
| 4/03/2014 | AJS | Prepare Chapter 11 schedules | 0.60 | $125.00 | $75.00 |

The Homestead at Whitefish, LLC

Page No. 2

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/03/2014 | JAP | Review and revise schedules | 0.30 | $315.00 | $94.50 |
| 4/04/2014 | AJS | Conference call with Jeff regarding changes to schedules | 0.50 | $125.00 | $62.50 |
| 4/04/2014 | AJS | Revise Chapter 11 schedules | 0.80 | $125.00 | $100.00 |
| 4/04/2014 | AJS | E-mail updated schedules to Jeff for his review | 0.10 | $125.00 | $12.50 |
| 4/04/2014 | AJS | Telephone call with Jeffrey regarding additional changes to schedules; revise schedules | 0.60 | $125.00 | $75.00 |
| 4/04/2014 | JAP | Telephone call with Garfinkle regarding schedules, JP Morgan refusal to waive complaint | 0.10 | $315.00 | $31.50 |
| 4/04/2014 | JAP | Review schedules | 0.10 | $315.00 | $31.50 |
| 4/07/2014 | AJS | Telephone conference with Jeff regarding changes to schedules; make revisions | 0.50 | $125.00 | $62.50 |
| 4/07/2014 | AJS | Continue updating schedules | 1.00 | $125.00 | $125.00 |
| 4/07/2014 | AJS | E-mail final copy to Jeff | 0.10 | $125.00 | $12.50 |
| 4/07/2014 | AJS | Circulate final executed copy of schedules to Johannsen and Garfinkle | 0.10 | $125.00 | $12.50 |
| 4/07/2014 | AJS | Prepare cover page to the schedules and statement of financial affairs; e-mail to Jeff for approval | 0.20 | $125.00 | $25.00 |
| 4/07/2014 | AJS | E-file chapter 11 scheduling and statement of financial affairs | 0.20 | $125.00 | $25.00 |
| 4/07/2014 | AJS | Forward Chapter 11 packet to Jeff Garfinkle | 0.20 | $125.00 | $25.00 |
| 4/07/2014 | AJS | E-mail updated draft of schedules for his review to Jeff | 0.10 | $125.00 | $12.50 |
| 4/07/2014 | AJS | Update Schedules | 1.00 | $125.00 | $125.00 |
| 4/08/2014 | AJS | Review mailing matrix | 0.20 | $125.00 | $25.00 |
| 4/08/2014 | AJS | Make revisions to Motion to set Bar date and e-mail to Jeff Garfinkle for his review | 0.20 | $125.00 | $25.00 |
| 4/08/2014 | AJS | Finalize motion to set claims bar date and e-file at court; e-mail proposed order to court | 0.40 | $125.00 | $50.00 |
| 4/08/2014 | AJS | Prepare motion to set bar date and order | 0.60 | $125.00 | $75.00 |
| 4/08/2014 | JAP | Revise motion and order setting bar date | 0.30 | $315.00 | $94.50 |
| 4/08/2014 | JAP | Telephone call with Garfinkle regarding his engagement as special counsel | 0.20 | $315.00 | $63.00 |
| 4/09/2014 | AJS | Review documents from Paul with regard to Initial Debtor Interview | 0.30 | $125.00 | $37.50 |
| 4/09/2014 | AJS | E-mail Andy list of documents that need to be sent to Rezentes | 0.20 | $125.00 | $25.00 |
| 4/09/2014 | JAP | Review docs requested by US Trustee; prepare e-mail to Johannsen regarding docs, DIP account; prepare e-mail to Garfinkle regarding 341 meeting | 0.20 | $315.00 | $63.00 |
| 4/10/2014 | AJS | Respond to Paul's e-mail regarding signature needed | 0.10 | $125.00 | $12.50 |
| 4/10/2014 | JAP | Exchange e-mails with Johannsen regarding delivery of documents to United States Trustee, DIP account | 0.10 | $315.00 | $31.50 |
| 4/11/2014 | AJS | Prepare e-mail to Rezentes and send documents for IDI | 0.50 | $125.00 | $62.50 |

The Homestead at Whitefish, LLC

Page No. 3

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/11/2014 | JAP | Review documents to be sent to U.S. Trustee for Initial Debtor Interview | 0.20 | $315.00 | $63.00 |
| 4/14/2014 | AJS | E-mail Rezentes with collateralization certificates | 0.10 | $125.00 | $12.50 |
| 4/14/2014 | AJS | E-mail Paul regarding doing a conference call with Andy prior to IDI | 0.10 | $125.00 | $12.50 |
| 4/14/2014 | AJS | E-mail Paul regarding signature needed on receipt and certificate concerning operating and reporting requirements | 0.20 | $125.00 | $25.00 |
| 4/15/2014 | AJS | Prepare certificate of service for mailing chapter 11 notice to Kvamme's new address; e-file with court | 0.20 | $125.00 | $25.00 |
| 4/15/2014 | AJS | Prepare letter to Johannsen regarding 341 meeting and e-mail letter to Johannsen | 0.20 | $125.00 | $25.00 |
| 4/15/2014 | JAP | Review JP Morgan loan documents; prepare e-mail to Johannsen regarding payment to JP Morgan | 0.40 | $315.00 | $126.00 |
| 4/15/2014 | JAP | Telephone call Garfinkle regarding JP Morgan; telephone call with Ross regarding Garfinkle, prepare e-mail regarding employment as special counsel | 0.30 | $315.00 | $94.50 |
| 4/15/2014 | JAP | Research guarantor paying interest; prepare e-mail to Johannsen regarding payment to JP Morgan | 0.60 | $315.00 | $189.00 |
| 4/16/2014 | AJS | Finalize notice of withdrawal of Buchalter Nemer's application; e-file with court | 0.40 | $125.00 | $50.00 |
| 4/16/2014 | AJS | E-mail Paul regarding IDI and conference calls prior to Initial Debtor Interview | 0.10 | $125.00 | $12.50 |
| 4/16/2014 | AJS | E-mail Paul regarding Initial Debtor Interview | 0.10 | $125.00 | $12.50 |
| 4/16/2014 | AJS | Organize documents for Initial Debtor Interview notebook | 0.50 | $125.00 | $62.50 |
| 4/16/2014 | JAP | Telephone call with Garfinkle regarding employment as special counsel | 0.10 | $315.00 | $31.50 |
| 4/16/2014 | JAP | Prepare e-mail to Johannsen regarding Initial Debtor Interview, adequate protection, Garfinkle, and employment | 0.10 | $315.00 | $31.50 |
| 4/16/2014 | JAP | Exchange e-mails with Ross regarding adequate protection, Garfinkle special counsel status | 0.10 | $315.00 | $31.50 |
| 4/17/2014 | AJS | Conference call with Paul Johannsen and Andy regarding IDI | 0.50 | $125.00 | $62.50 |
| 4/17/2014 | AJS | Attend IDI | 1.30 | $125.00 | $162.50 |
| 4/17/2014 | AJS | Email Larry Settlement Agreement and Note for JP Morgan Chase Loan | 0.10 | $125.00 | $12.50 |
| 4/17/2014 | AJS | Email receipt and certification concerning operating and reporting requirements | 0.10 | $125.00 | $12.50 |
| 4/17/2014 | AJS | Respond to email from Rezentes regarding Direct Authorization Contact | 0.10 | $125.00 | $12.50 |
| 4/17/2014 | AJS | Email Paul reminding him to sign receipt and certification and to have monthly report forms available for IDI | 0.10 | $125.00 | $12.50 |
| 4/17/2014 | AJS | Email Paul with complete copy of schedules filed with Court | 0.10 | $125.00 | $12.50 |
| 4/17/2014 | AJS | Prepare for IDI | 0.30 | $125.00 | $37.50 |
| 4/17/2014 | JAP | Telephone call with Johannsen regarding IDI, sale of property adequate protection to JP Morgan | 0.50 | $315.00 | $157.50 |
| 4/17/2014 | JAP | Conference call- Initial Debtor Interview with Rezentes | 1.30 | $315.00 | $409.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/17/2014 | JAP | Conference call with Evans Ross, Garfinkle regarding special counsel | 0.40 | $315.00 | $126.00 |
| 4/17/2014 | JAP | Telephone call with Ross regarding adequate protection | 0.30 | $315.00 | $94.50 |
| 4/18/2014 | JAP | Exchange email with Johannsen regarding FIB credit cards | 0.10 | $315.00 | $31.50 |
| 4/21/2014 | AJS | Returned call to Mary Varra regarding Homestead tax returns and employees; e-mail Paul regarding employees | 0.20 | $125.00 | $25.00 |
| 4/21/2014 | AJS | Left message for Mary regarding payroll taxes | 0.10 | $125.00 | $12.50 |
| 4/22/2014 | JAP | Telephone call with Jeff regarding association with Keller and Benvenutti | 0.10 | $315.00 | $31.50 |
| 4/23/2014 | AJS | E-mail Paul regarding EIN # and IRS being satisfied | 0.10 | $125.00 | $12.50 |
| 4/23/2014 | AJS | Prepare amended petition and notice to amend | 0.50 | $125.00 | $62.50 |
| 4/23/2014 | AJS | E-mail Paul regarding notice of bankruptcy filing | 0.10 | $125.00 | $12.50 |
| 4/23/2014 | AJS | Review e-mail from Kim Davis and respond regarding tax ID number | 0.10 | $125.00 | $12.50 |
| 4/23/2014 | AJS | E-mail Paul regarding property sales since 2007 | 0.10 | $125.00 | $12.50 |
| 4/23/2014 | AJS | Review 2nd email from Kim and respond; e-mail Paul regarding withholding reports | 0.20 | $125.00 | $25.00 |
| 4/23/2014 | AJS | Respond to e-mail from Johannsen regarding amended petition | 0.10 | $125.00 | $12.50 |
| 4/23/2014 | AJS | Left message for Mary Varra regarding EIN | 0.10 | $125.00 | $12.50 |
| 4/23/2014 | JAP | Review Keller e-mail regarding employment application; prepare reply with draft of employment application and Pro Hac | 0.30 | $315.00 | $94.50 |
| 4/24/2014 | JAP | Telephone call with Paul regarding 341 meeting; exchange e-mails Johannsen regarding 341 meeting | 0.10 | $315.00 | $31.50 |
| 4/24/2014 | LCB | Revise application and affidavit; prepare motion to appear Pro Hac Vice | 1.00 | $110.00 | $110.00 |
| 4/24/2014 | LCB | Prepare order on Pro Hac Vice | 0.50 | $110.00 | $55.00 |
| 4/24/2014 | LCB | E-file application to employ | 0.20 | $110.00 | $22.00 |
| 4/24/2014 | LCB | E-file Motion to Appear Pro Hac Vice and e-mail order to clerk of court | 0.30 | $110.00 | $33.00 |
| 4/25/2014 | AJS | E-mail Paul regarding addresses needing to be updated | 0.10 | $125.00 | $12.50 |
| 4/25/2014 | AJS | Finalize Notice to Amend; e-file Notice with Court | 0.50 | $125.00 | $62.50 |
| 4/25/2014 | JAP | Telephone call with Keller regarding status | 0.40 | $315.00 | $126.00 |
| 4/28/2014 | AJS | E-mail Kim Davis regarding MT withholding account number | 0.10 | $125.00 | $12.50 |
| 4/28/2014 | AJS | E-mail Paul regarding original tax return need to be turned over to appropriate agencies | 0.10 | $125.00 | $12.50 |
| 4/28/2014 | JAP | Travel from Butte to Whitefish | 3.70 | $315.00 | $1,165.50 |
| 4/28/2014 | JAP | Meet with Johannsen and tour Homestead property; prepare for 341 meeting | 1.00 | $315.00 | $315.00 |
| 4/29/2014 | AJS | Update Kvamme's address with Pacer | 0.10 | $125.00 | $12.50 |
| 4/29/2014 | JAP | Attend 341 meeting | 1.70 | $315.00 | $535.50 |
| 4/29/2014 | JAP | Return to Whitefish | 0.30 | $315.00 | $94.50 |

The Homestead at Whitefish, LLC

Page No.    5

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/29/2014 | JAP | Conference call with Johannsen, Keller, Megan, Kvamme regarding 341 meeting, tasks, and structure of plan | 0.80 | $315.00 | $252.00 |
| 4/29/2014 | JAP | Return to Billings | 3.40 | $315.00 | $1,071.00 |
| 4/29/2014 | JAP | Meet with Johannsen; prepare for 341 meeting | 1.20 | $315.00 | $378.00 |
| 4/29/2014 | JAP | Travel to Kalispell for 341 meeting | 0.40 | $315.00 | $126.00 |
| 5/05/2014 | JAP | Review Paul's letter to Rezentes regarding reclassification of receivables | 0.20 | $315.00 | $63.00 |
| 5/07/2014 | JAP | Telephone call with Rezentes regarding May 2nd request for information; review Johannsen draft response; prepare e-mail to Johannsen regarding Rezentes request | 0.40 | $315.00 | $126.00 |
| 5/07/2014 | JAP | Telephone call with Paul regarding financial information | 0.10 | $315.00 | $31.50 |
| 5/07/2014 | JAP | Telephone call with Rezentes regarding May 2 request for information; review Johannsen draft of response; prepare e-mail to Johannsen regarding Rezentes request | 0.40 | $315.00 | $126.00 |
| 5/08/2014 | AJS | E-mail Paul regarding contract information | 0.10 | $125.00 | $12.50 |
| 5/08/2014 | AJS | Prepare letter to Rezentes with authorization for direct contact | 0.10 | $125.00 | $12.50 |
| 5/08/2014 | JAP | Telephone call with Johannsen and Keller regarding trustee's requested documents; update plan development | 0.30 | $315.00 | $94.50 |
| 5/08/2014 | JAP | Exchange e-mails with Rezentes regarding delivery of documents to UST | 0.10 | $315.00 | $31.50 |
| 5/12/2014 | AJS | Review 2nd e-mail from Paul regarding reports; review e-mail from Diane regarding reports | 0.20 | $125.00 | $25.00 |
| 5/12/2014 | AJS | Telephone call from Hayden's office regarding Notice of Bankruptcy Filings | 0.20 | $125.00 | $25.00 |
| 5/12/2014 | AJS | E-mail notices to Hayden for filing | 0.10 | $125.00 | $12.50 |
| 5/12/2014 | AJS | Prepare Notice of Bankruptcy filing in Forsee v. The Homestead at Whitefish and Brock v. The Homestead of Whitefish | 0.80 | $125.00 | $100.00 |
| 5/13/2014 | JAP | Telephone call with Paul regarding extension of terms of JP Morgan note | 0.10 | $315.00 | $31.50 |
| 5/14/2014 | JAP | Review Rezentes e-mail regarding financial records; prepare e-mail to Johannsen regarding Homestead receivables | 0.20 | $315.00 | $63.00 |
| 5/19/2014 | JAP | Conference call with Keller, Johannsen regarding outline of plan, schedule meeting in Whitefish | 0.40 | $315.00 | $126.00 |
| 5/20/2014 | JAP | Review e-mail traffic between Johannsen and Rezentes | 0.10 | $315.00 | $31.50 |
| 5/22/2014 | JAP | Review e-mails from Keller and Johannsen regarding term sheet | 0.10 | $315.00 | $31.50 |
| 5/22/2014 | JAP | Telephone call with Paul regarding settlement as executory contract, proof of claim | 0.10 | $315.00 | $31.50 |
| 5/23/2014 | JAP | Review proposed term sheet, e-mail comments to Keller and Johannsen | 0.30 | $315.00 | $94.50 |
| 5/28/2014 | JAP | Telephone call with Paul regarding proof of claim, questions for Delagnes | 0.20 | $315.00 | $63.00 |
| 5/29/2014 | JAP | Meet with Johannsen, Keller regarding outline of Ch 11 Plan | 2.80 | $315.00 | $882.00 |
| 5/29/2014 | JAP | Travel to Whitefish to meet with Johannsen and Keller | 3.50 | $315.00 | $1,102.50 |
| 5/30/2014 | JAP | Meet with Johannsen regarding Chapter 11 Plan, assignment of tasks | 0.40 | $315.00 | $126.00 |

The Homestead at Whitefish, LLC

Page No.     6

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/30/2014 | JAP | Return to Billings | 3.50 | $315.00 | $1,102.50 |
| 6/02/2014 | AJS | Left messages with appraiser | 0.10 | $125.00 | $12.50 |
| 6/02/2014 | JAP | Review draft memorandum outlining bankruptcy strategies, email comments to Paul and Toby | 0.30 | $315.00 | $94.50 |
| 6/02/2014 | JAP | Prepare memorandum to McGuinness regarding research project | 0.20 | $315.00 | $63.00 |
| 6/03/2014 | AJS | E-mail Paul regarding copy of buy/sell | 0.10 | $125.00 | $12.50 |
| 6/03/2014 | AJS | Telephone call with Ellie Clark regarding employment application | 0.10 | $125.00 | $12.50 |
| 6/03/2014 | AJS | Conference call with Andy, Paul and Ellie Clark regarding Ellie Clark's employment as an appraiser | 1.00 | $125.00 | $125.00 |
| 6/03/2014 | AJS | Prepare employment application for Ellie Clark | 0.60 | $125.00 | $75.00 |
| 6/03/2014 | AJS | Telephone call with Ellie regarding confirmation of preparing appraisal | 0.20 | $125.00 | $25.00 |
| 6/03/2014 | AJS | Revise employment application; conference with Andy regarding application | 0.30 | $125.00 | $37.50 |
| 6/03/2014 | AJS | Telephone call with Paul regarding retainer for appraiser | 0.10 | $125.00 | $12.50 |
| 6/03/2014 | JAP | Conference call with Johannsen, Clark regarding Clark engagement | 1.00 | $315.00 | $315.00 |
| 6/03/2014 | JAP | Review Clark employment application | 0.10 | $315.00 | $31.50 |
| 6/03/2014 | JAP | Telephone call with Keller regarding Clark engagement | 0.10 | $315.00 | $31.50 |
| 6/03/2014 | MFM | Research issue integration clause | 1.50 | $150.00 | $225.00 |
| 6/04/2014 | JAP | Review Paul e-mail, forward to Johannsen for response; review Johannsen response | 0.20 | $315.00 | $63.00 |
| 6/04/2014 | JAP | Review appointment of UCC; forward to Johannsen with comments | 0.10 | $315.00 | $31.50 |
| 6/04/2014 | JAP | Prepare revised employment application for Clark appraisers; e-mail to Keller | 0.40 | $315.00 | $126.00 |
| 6/04/2014 | JAP | Research issue of admissibility and brochures | 0.40 | $315.00 | $126.00 |
| 6/04/2014 | MFM | Prepare memorandum regarding integration clause | 3.50 | $150.00 | $525.00 |
| 6/05/2014 | JAP | Exchange e-mails with Keller, Johannsen regarding appraisers and other experts | 0.10 | $315.00 | $31.50 |
| 6/05/2014 | JAP | Revise Clark employment application; e-mail to Keller and Benvenutti | 0.30 | $315.00 | $94.50 |
| 6/06/2014 | AJS | Revise employment application and email to Clark | 0.30 | $125.00 | $37.50 |
| 6/06/2014 | JAP | Finalize Clark employment application | 0.10 | $315.00 | $31.50 |
| 6/06/2014 | JAP | Download and e-mail Proof of Claim to Paul, Toby, and Peter | 0.20 | $315.00 | $63.00 |
| 6/06/2014 | JAP | Conference call with Keller and Johannsen regarding structure of plan, sale to pay JP Morgan | 0.50 | $315.00 | $157.50 |
| 6/09/2014 | AJS | E-file employment application for Clark | 0.20 | $125.00 | $25.00 |
| 6/10/2014 | JAP | Exchange e-mails regarding extension of phase III preliminary loan approval; May Monthly Operating Report | 0.10 | $315.00 | $31.50 |
| 6/10/2014 | JAP | Review revised plan outline, e-mail comments to Toby, Peter, and Paul | 0.30 | $315.00 | $94.50 |

The Homestead at Whitefish, LLC

Page No. 7

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/11/2014 | AJS | E-mail Paul regarding order approving appraiser was granted | 0.10 | $125.00 | $12.50 |
| 6/11/2014 | AJS | E-mail copy of order and application to approve employment to Clark | 0.10 | $125.00 | $12.50 |
| 6/18/2014 | JAP | Review Delagnes and Brock Motion for Order Compelling Debtor to Assume or Reject Executory Contract; prepare e-mail to Johannsen, Keller and Benvenutti regarding objection | 0.20 | $315.00 | $63.00 |
| 6/18/2014 | JAP | Prepare e-mail to Johannsen regarding plan | 0.10 | $315.00 | $31.50 |
| 6/19/2014 | JAP | Prepare Objection to Motion to Assume or Reject | 1.10 | $315.00 | $346.50 |
| 6/20/2014 | JAP | Prepare Objection to Motion to Assume or Reject | 0.30 | $315.00 | $94.50 |
| 6/20/2014 | JAP | Telephone call with Keller, Johannsen regarding terms of plan; telephone call with Paul regarding term sheet; revise Objection to Motion to Assume | 0.70 | $315.00 | $220.50 |
| 6/23/2014 | JAP | Review Keller changes to objection to assume or reject | 1.00 | $315.00 | $315.00 |
| 6/23/2014 | JAP | Telephone call with Paul regarding UCC attorney and motion to assume or reject | 0.10 | $315.00 | $31.50 |
| 6/23/2014 | LCB | E-file objection to Assume/Reject Lease with Court | 0.20 | $110.00 | $22.00 |
| 6/26/2014 | JAP | Telephone call with Paul regarding term sheet; prepare e-mail to Keller regarding term sheet | 0.20 | $315.00 | $63.00 |
| 6/26/2014 | LCB | Prepare e-mail to Keller, Benvenutti and Johannsen regarding conversation with Stenfeldt | 0.20 | $110.00 | $22.00 |
| 6/27/2014 | JAP | Exchange e-mails with Keller and Johannsen regarding conversation with Stenfeldt | 0.10 | $315.00 | $31.50 |
| 7/07/2014 | JAP | Review Stenfeldt voicemail regarding conference call; e-mail Stenfeldt regarding conference call; e-mail Toby and Paul regarding Stenfeldt call, terms of plan; exchange e-mails with Toby and Lillian regarding time for a conference call | 0.20 | $315.00 | $63.00 |
| 7/08/2014 | JAP | Exchange e-mails regarding conference call with Stenfeldt | 0.20 | $315.00 | $63.00 |
| 7/18/2014 | JAP | Exchange e-mail regarding HOA | 0.10 | $315.00 | $31.50 |
| 7/22/2014 | AJS | Prepare supplemental employment application for Jane Kim of Keller Benvenutti and e-mail draft to Kim for her to review | 0.60 | $125.00 | $75.00 |
| 7/22/2014 | AJS | Revise supplemental application for Jane Kim and e-mail to Kim for her signature | 0.20 | $125.00 | $25.00 |
| 7/22/2014 | AJS | Make revisions to Motion for Admission Pro Hac Vice for Jane Kim | 0.10 | $125.00 | $12.50 |
| 7/22/2014 | JAP | E-mail comments to Toby, Pete, Jane and Paul | 0.30 | $315.00 | $94.50 |
| 7/22/2014 | JAP | Prepare employment and pro hac application for Jane Kim | 0.10 | $315.00 | $31.50 |
| 7/22/2014 | JAP | Prepare e-mail to Jane Kim regarding employment, pro hac vice | 0.10 | $315.00 | $31.50 |
| 7/22/2014 | LCB | Prepare Pro Hac Vice for Jane Kim and forward to her for review and revisions | 0.60 | $110.00 | $66.00 |
| 7/23/2014 | AJS | E-file motion for Pro Hac Vice and Affidavit for Kim; e-file employment application for Kim | 0.30 | $125.00 | $37.50 |
| 7/23/2014 | JAP | Exchange e-mail with Kim regarding employment PRO Hac applications | 0.10 | $315.00 | $31.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/23/2014 | JAP | Review Stenfeldt term sheet | 0.10 | $315.00 | $31.50 |
| 7/23/2014 | JAP | Telephone call with Kim regarding exculpation clause; terms of plan | 0.30 | $315.00 | $94.50 |
| 7/25/2014 | AJS | Review e-mail from Clark regarding appraisal and respond | 0.10 | $125.00 | $12.50 |
| 7/25/2014 | AJS | Prepare fee application and notice of fee application for Ellie Clark | 0.70 | $125.00 | $87.50 |
| 7/28/2014 | AJS | Telephone call with Ellie Clark regarding appraisals | 0.10 | $125.00 | $12.50 |
| 7/28/2014 | AJS | E-mail Andy regarding plan and disclosure statement; review Jane Kim comments | 0.20 | $125.00 | $25.00 |
| 7/29/2014 | AJS | E-file plan and disclosure statement | 0.50 | $125.00 | $62.50 |
| 7/31/2014 | AJS | Prepare fee application and notice of fees for Ellie Clark appraiser | 0.10 | $125.00 | $12.50 |
| 7/31/2014 | JAP | Review sign application for Clark fees and costs | 0.10 | $315.00 | $31.50 |
| 8/06/2014 | JAP | Exchange e-mails with Toby Martin regarding conference call | 0.10 | $315.00 | $31.50 |
| 8/12/2014 | JAP | Exchange emails with Kim regarding fee applications | 0.10 | $315.00 | $31.50 |
| 8/14/2014 | AJS | E-mail Clark regarding status of fee application | 0.10 | $125.00 | $12.50 |
| 8/14/2014 | AJS | Review PPBG bill in order to submit to court | 0.70 | $125.00 | $87.50 |
| 8/14/2014 | AJS | Review Keller Benvenutti bill for filing with court | 0.60 | $125.00 | $75.00 |
| 8/21/2014 | AJS | E-mail Ellie Clark regarding fees being approved | 0.10 | $125.00 | $12.50 |
| 8/21/2014 | AJS | E-mail Paul regarding appraiser fees being approved | 0.10 | $125.00 | $12.50 |
| 8/22/2014 | AJS | Prepare fee application for Keller and Benvenutti | 1.20 | $125.00 | $150.00 |
| 8/22/2014 | AJS | E-mails to and from Kim regarding the application | 0.20 | $125.00 | $25.00 |
| 8/22/2014 | AJS | E-mail Paul Keller and Benvenutti fee application for his approval | 0.10 | $125.00 | $12.50 |
| 8/22/2014 | AJS | Prepare fee application for PPBG and notice | 0.80 | $125.00 | $100.00 |
| 8/22/2014 | AJS | E-mail to Jane regarding fee application | 0.10 | $125.00 | $12.50 |
| 8/22/2014 | AJS | Compare PPBG bill with Keller and Benvenutti | 0.70 | $125.00 | $87.50 |
| 8/25/2014 | AJS | Revise Keller and Benvenutti fee application; e-mail to Kim for her review | 0.50 | $125.00 | $62.50 |
| 8/25/2014 | AJS | Prepare notice of fee application for Keller and Benvenutti | 0.20 | $125.00 | $25.00 |
| 8/25/2014 | AJS | Finalize PPBG fee application and notice | 0.60 | $125.00 | $75.00 |
| 8/25/2014 | AJS | E-mail draft of PPBG fee application to Paul for his authorization | 0.10 | $125.00 | $12.50 |

Sub Total: General Administration      $19,081.00

**Plan Preparation, Disclosure Statement**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/23/2014 | JAP | Review revised proposed term sheet; e-mail comments to Keller, Johannsen; research 125(B) regarding solicitation | 0.50 | $315.00 | $157.50 |
| 6/24/2014 | JAP | Telephone call with John and Paul regarding settlement proposed in term sheet; telephone call with VanDye regarding term sheet for settlement - left | 0.20 | $315.00 | $63.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/24/2014 | JAP | Telephone call with Stenfeldt regarding term sheet e-mail Stenfeldt and Paul regarding term sheet | 0.30 | $315.00 | $94.50 |
| 6/24/2014 | JAP | Review Johannsen e-mail to French; prepare e-mail to Keller and Johannsen regarding sending term sheet to Paul | 0.10 | $315.00 | $31.50 |
| 6/25/2014 | JAP | Telephone call with Ross regarding term sheet; prepare e-mail to Ross with term sheet attached | 0.10 | $315.00 | $31.50 |
| 6/26/2014 | JAP | Review Paul e-mail and forward to Keller and Johannsen | 0.10 | $315.00 | $31.50 |
| 6/26/2014 | JAP | Review term sheet; telephone call with Stenfeldt regarding term sheet | 0.90 | $315.00 | $283.50 |
| 6/27/2014 | JAP | Telephone call with Keller regarding Paul's questions | 0.10 | $315.00 | $31.50 |
| 7/15/2014 | JAP | Review Keller and Johannsen e-mails regarding plan and disclosure statement | 0.10 | $315.00 | $31.50 |
| 7/21/2014 | JAP | Review proposed chapter 11 plan | 0.90 | $315.00 | $283.50 |
| 7/22/2014 | JAP | Review proposed chapter 11 plan | 0.70 | $315.00 | $220.50 |
| 7/22/2014 | JAP | Conference call with Keller, Kim and Johannsen regarding proposed chapter 11 plan | 0.50 | $315.00 | $157.50 |
| 7/23/2014 | JAP | Review background portion of draft disclosure statement | 0.20 | $315.00 | $63.00 |
| 7/31/2014 | JAP | Telephone call with Stenfeldt | 0.10 | $315.00 | $31.50 |
| 7/31/2014 | JAP | Telephone call with King regarding questions on Disclosure Statement | 0.20 | $315.00 | $63.00 |
| 7/31/2014 | JAP | Telephone call with John Paul regarding plan treatments for his clients | 0.20 | $315.00 | $63.00 |
| 8/06/2014 | JAP | Conference call with Toby, Jane, Paul regarding Plan and Disclosure Statement | 0.40 | $315.00 | $126.00 |
| 8/06/2014 | JAP | Review King letter; review Kim spreadsheet | 0.20 | $315.00 | $63.00 |
| 8/06/2014 | JAP | Prepare email to Paul, Toby, Jane regarding conversations with Lillian, John Paul, and Martin King; suggestions regarding Disclosure Statement | 0.30 | $315.00 | $94.50 |
| 8/07/2014 | JAP | Conference call with Toby, Jane, Paul regarding settlement of plan | 0.30 | $315.00 | $94.50 |
| 8/08/2014 | JAP | Conference call with King, Keller, Kim, Johanssen regarding Plan and Disclosure Statement | 0.40 | $315.00 | $126.00 |
| 8/12/2014 | JAP | Review Stenfeldt email regarding settlement, Keller response | 0.10 | $315.00 | $31.50 |
| 8/12/2014 | JAP | Telephone call with Paul regarding status of settlement, plan and disclosure statement amendment | 0.20 | $315.00 | $63.00 |

Sub Total: Plan Preparation, Disclosure Statement                $2,236.50

### Claims Review & Objection

| 6/03/2014 | JAP | Review Proof of Claim filed on 6/2; prepare e-mail regarding claims to Johannsen and Keller | 0.40 | $315.00 | $126.00 |

**Settlement with Creditors**

The Homestead at Whitefish, LLC

Page No.  10

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/08/2014 | JAP | Conference call with Keller, Johannsen and Stenfeldt regarding settlement of creditor claims | 0.70 | $315.00 | $220.50 |
| 8/15/2014 | JAP | Review email exchanges between John and Paul, regarding settlement | 0.10 | $315.00 | $31.50 |
| 8/18/2014 | JAP | Review Kim email to King regarding settlement | 0.10 | $315.00 | $31.50 |

Sub Total: Settlement with Creditors                $283.50

### Stay Relief/Adequate Protection

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/10/2014 | JAP | Exchange e-mail with Johannsen regarding payment of adequate consolidation to JP Morgan | 0.20 | $315.00 | $63.00 |

### Monthly Reports

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/12/2014 | DSK | Review draft of monthly operating report submitted by client and draft e-mail regarding suggested corrections | 0.90 | $160.00 | $144.00 |
| 5/12/2014 | AJS | Review e-mail from Paul regarding monthly report and respond | 0.10 | $125.00 | $12.50 |
| 5/14/2014 | LCB | E-file Monthly Operating Report with Court | 0.20 | $110.00 | $22.00 |
| 6/09/2014 | AJS | Review monthly operating report for May 2014 | 0.20 | $125.00 | $25.00 |
| 6/10/2014 | LCB | Review of Monthly Operating Report and redact in preparation of filing with Court | 0.30 | $110.00 | $33.00 |
| 6/11/2014 | LCB | E-file May Monthly Operating Report with Court | 0.20 | $110.00 | $22.00 |
| 7/08/2014 | AJS | Review e-mail from Paul regarding monthly report; review monthly report | 0.20 | $125.00 | $25.00 |
| 7/11/2014 | LCB | Review of Monthly Operating Report and e-file with court | 0.40 | $110.00 | $44.00 |
| 8/14/2014 | LCB | E-file Monthly Operating Report for July with Court | 0.20 | $110.00 | $22.00 |

Sub Total: Monthly Reports                $349.50

Total Fees                $22,139.50

### *Expenses*

| Start Date | Description | Charges |
|---|---|---|

**Postage**

| Date | Description | Charges |
|---|---|---|
| 4/16/2014 | Postage | $10.08 |
| 4/25/2014 | Postage | $10.56 |
| 5/09/2014 | Postage | $0.69 |
| 6/24/2014 | Postage | $0.48 |
| 8/08/2014 | Postage | $15.68 |

Sub Total: Postage                $37.49

The Homestead at Whitefish, LLC

Page No.   11

### Photocopies

| Date | Description | Amount |
|---|---|---|
| 4/08/2014 | Photocopies | $8.40 |
| 4/17/2014 | Photocopies | $6.30 |
| 5/19/2014 | Photocopies | $14.70 |
| 8/15/2014 | Photocopies | $54.60 |
| Sub Total: Photocopies | | $84.00 |

### Meals

| Date | Description | Amount |
|---|---|---|
| 4/28/2014 | Meals while in Whitefish | $40.00 |

### Mileage

| Date | Description | Amount |
|---|---|---|
| 4/28/2014 | Mileage from Butte to Whitefish; back to Butte | $288.40 |
| 5/29/2014 | Travel from Helena to Whitefish and back to Helena | $254.80 |
| Sub Total: Mileage | | $543.20 |

### Lodging

| Date | Description | Amount |
|---|---|---|
| 4/28/2014 | Lodging while in Whitefish | $89.38 |
| 5/29/2014 | Lodging while in Whitefish | $125.00 |
| Sub Total: Lodging | | $214.38 |

### Pacer/Research

| Date | Description | Amount |
|---|---|---|
| 7/15/2014 | LexisNexis Computerized Legal Research Fees | $23.10 |
| 7/15/2014 | Pacer Service Center; On-Line Court search | $3.40 |
| Sub Total: Pacer/Research | | $26.50 |

### Premiere Telephone Services

| Date | Description | Amount |
|---|---|---|
| 5/07/2014 | |Premiere Telephone Services - Telephone conference with on 4/17/2014 ( 285 minutes) | $128.50 |

| | | |
|---|---|---|
| | Total Expenses | $1,074.07 |
| Total New Charges | | $23,213.57 |
| Previous Balance | | $0.00 |

The Homestead at Whitefish, LLC

Page No. 12

| | | | | Balance Due | $23,213.57 |
|---|---|---|---|---|---|

## Phase Table

| Phase | Phase | Hours | Fees | Rate | Expenses | Charges |
|---|---|---|---|---|---|---|
| A. | General Administration | 4.50 | $495.00 | 110.00 | $0.00 | $495.00 |
| A. | General Administration | 30.80 | $3,850.00 | 125.00 | $0.00 | $3,850.00 |
| A. | General Administration | 5.00 | $750.00 | 150.00 | $0.00 | $750.00 |
| A. | General Administration | 44.40 | $13,986.00 | 315.00 | $0.00 | $13,986.00 |
| B. | Plan Preparation, Disclosure Statement | 7.10 | $2,236.50 | 315.00 | $0.00 | $2,236.50 |
| C. | Claims Review & Objection | 0.40 | $126.00 | 315.00 | $0.00 | $126.00 |
| D. | Settlement with Creditors | 0.90 | $283.50 | 315.00 | $0.00 | $283.50 |
| E. | Stay Relief/Adequate Protection | 0.20 | $63.00 | 315.00 | $0.00 | $63.00 |
| F. | Miscellaneous | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| G. | Adversary | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| J. | Third Party Litigation | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| L. | Postage | 0.00 | $0.00 | 0.00 | $37.49 | $37.49 |
| M. | Photocopies | 0.00 | $0.00 | 0.00 | $84.00 | $84.00 |
| N. | Meals | 0.00 | $0.00 | 0.00 | $40.00 | $40.00 |
| O. | Mileage | 0.00 | $0.00 | 0.00 | $543.20 | $543.20 |
| P. | Filing Fee | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| Q. | Lodging | 0.00 | $0.00 | 0.00 | $214.38 | $214.38 |
| R. | Monthly Reports | 1.30 | $143.00 | 110.00 | $0.00 | $143.00 |
| R. | Monthly Reports | 0.50 | $62.50 | 125.00 | $0.00 | $62.50 |
| R. | Monthly Reports | 0.90 | $144.00 | 160.00 | $0.00 | $144.00 |
| T | Litigation Matters | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| U | Pacer/Research | 0.00 | $0.00 | 0.00 | $26.50 | $26.50 |
| WW | FedEX | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| X | Premiere Telephone Services | 0.00 | $0.00 | 0.00 | $128.50 | $128.50 |
| Y | Envelopes/Binders | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| ZZ | Video Conferencing | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |

## Staff Summary

| Name | Hours | Rate |
|---|---|---|
| April J. Schueler | 31.30 | $125.00 |
| Diane S. Kephart | 0.90 | $160.00 |
| James A. Patten | 53.00 | $315.00 |
| Leanne C Beatty | 5.80 | $110.00 |
| Michael F. McGuinness | 5.00 | $150.00 |

Payment upon receipt of billing is appreciated. Interest at the rate of .8% per month will be added to all accounts 30 days or more past due. Thank you for your prompt response. WE ACCEPT MASTERCARD, VISA and DISCOVER. (Form enclosed)