| Date | User | Activity Class | Project Category | Description | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|
| 4/25/2014 | Tobias Keller | Service | Asset Analysis And Recovery | Emails with P. Johannsen regarding HOA articles and bylaws and issues relating to same. | 0.2 | 720 | 144 |
| **Total Asset Analysis & Recovery** | | | | | 0.2 | | 144 |
| 5/29/2014 | Tobias Keller | Service | Business Operations | Meet with P. Johannsen for tour of debtor property and review of status of development efforts etc. | 2 | 720 | 1440 |
| 7/18/2014 | Tobias Keller | Service | Business Operations | Emails with client A. Patten regarding insurance renewal. | 0.2 | 720 | 144 |
| **Total Business Operations** | | | | | 2.2 | | 1584 |
| 4/25/2014 | Tobias Keller | Service | Case Administration | Review docket and filings and work re: case management (1.0); call with A. Patten regarding calendaring and case management issues (0.40); emails with P. Johannsen M. Kvamme and A. Patten regarding case planning call (0.20). | 1.6 | 720 | 1152 |
| 4/28/2014 | Tobias Keller | Service | Case Administration | Multiple emails with P. Johanssen M. Kvamme and A. Patten regarding 341 and case planning. | 0.3 | 720 | 216 |
| 6/4/2014 | Tobias Keller | Service | Case Administration | Emails with client A. Patten regarding prospective Committee counsel and informational requests. | 0.2 | 720 | 144 |
| **Total Case Administration** | | | | | 2.1 | | 1512 |
| 5/19/2014 | Tobias Keller | Service | Claims Administration and Objections | Call from L. Stenfeldt regarding claimants and nature of their claims (0.70); emails to and from P. Johannsen regarding same (0.20). | 0.9 | 720 | 648 |
| 5/22/2014 | Tobias Keller | Service | Claims Administration and Objections | Review complaint of Forsee et al. and buy-sell agreements of Brock and Delanges (0.40); brief research regarding rescission and related claims (0.50). | 0.9 | 720 | 648 |
| 6/18/2014 | Tobias Keller | Service | Claims Administration and Objections | Emails with A. Patten regarding Brock/Delagnes motion on executory contract claims. | 0.2 | 720 | 144 |
| 6/20/2014 | Tobias Keller | Service | Claims Administration and Objections | Emails and call with P. Johannsen regarding JP Morgan claim and issues relating to same. | 0.3 | 720 | 216 |
| **Total Claims Administration & Objections** | | | | | 2.3 | | 1656 |
| 4/24/2014 | Tobias Keller | Service | Fee/Employment Applications | Revise form of T. Keller pro hac affidavit (0.30); revise and finalize K&B retention application (0.50); confer with staff regarding compliance with MT Bankruptcy Court and UST fee guidelines (0.20). | 1 | 720 | 720 |
| 6/2/2014 | Tobias Keller | Service | Fee/Employment Applications | Emails with P. Johannsen (0.10) and A. Patten (0.10) regarding retention of appraiser. | 0.2 | 720 | 144 |
| 6/3/2014 | Tobias Keller | Service | Fee/Employment Applications | Review and comment on application to retain appraiser (0.20) call with A. Patten regarding same (0.10). | 0.3 | 720 | 216 |
| 6/4/2014 | Peter Benvenutti | Service | Fee/Employment Applications | Review application to employ consultants and emails with T. Keller re same retention and payment protocols. | 0.2 | 720 | 144 |

| Date | Name | Type | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6/5/2014 | Peter Benvenutti | Service | Fee/Employment Applications | Review emails from T. Keller A. Patten re retention of valuation expert (.10); review application and email to A. Patten re suggested revisions (.20). | 0.3 | 720 | 216 |
| 6/30/2014 | Tobias Keller | Service | Fee/Employment Applications | Emails with P. Johannsen regarding fees for June (0.10) and review same (0.10). | 0.2 | 720 | 144 |
| 7/22/2014 | Jane Kim | Service | Fee/Employment Applications | Revise affidavit for pro hac admission (.1) revise affidavit for retention application (.1) finalize affidavits (.2) | 0.4 | 495 | 198 |
| **Total Fee/Employment Applications** | | | | | **2.6** | | **1782** |
| 5/19/2014 | Tobias Keller | Service | Litigation | Review Foxsee et al complaint for recission. | 0.3 | 720 | 216 |
| **Total Litigation** | | | | | **0.3** | | **216** |
| 5/7/2014 | Tobias Keller | Service | Meetings of Creditors | Emails with P. Johannsen and A. Patten regarding UST follow up on 341 meeting and issues relating thereto. | 0.2 | 720 | 144 |
| 5/8/2014 | Tobias Keller | Service | Meetings of Creditors | Call with P. Johannsen and A. Patten regarding follow up from UST on 341 requests and related items. | 0.3 | 720 | 216 |
| 5/9/2014 | Tobias Keller | Service | Meetings of Creditors | Review P. Johannsen dislosures to UST post-341 hearing. | 0.2 | 720 | 144 |
| 6/26/2014 | Tobias Keller | Service | Meetings of Creditors | Email to/from A. Patten and client regarding call with Homeowners' counsel. | 0.2 | 720 | 144 |
| **Total Meeting of Creditors** | | | | | **0.9** | | **648** |
| 5/28/2014 | Tobias Keller | Service | Non-working Travel | Travel from SFO to Whitefish MT for meetings (including meeting/visit with P. Johanssen). | 1.9 | 360 | 684 |
| 5/30/2014 | Tobias Keller | Service | Non-working Travel | Return from client meetings in Whitefish. | 3.1 | 360 | 1116 |
| **Total Non-Working Travel** | | | | | **5** | | **1800** |
| 4/29/2014 | Tobias Keller | Service | Plan And Disclosure Statment | Prepare for call with client regarding case strategy and plan terms (.60); call with P. Johannsen M. Kvamme and A. Patten regarding same (.80) | 1.4 | 720 | 1008 |
| 4/30/2014 | Tobias Keller | Service | Plan And Disclosure Statment | Telephone call with client (P. Johannsen) regarding case background and plan strategies. | 0.8 | 720 | 576 |
| 5/16/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Review email and subsequent correspondence with P. Johannsen and A. Patten regarding potential plan terms and term sheet (0.20); call with P. Johanssen regarding same (0.20). | 0.4 | 720 | 288 |
| 5/19/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Call with P. Johansen A. Patten regarding plan issues and preliminary thoughts regarding approach to same. | 0.4 | 720 | 288 |
| 5/20/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Work on first draft of plan term sheet including review of misc. filings relating to same. | 2.2 | 720 | 1584 |
| 5/21/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Emails with P. Johannsen regarding plan term sheet issues and meeting (0.20); adjust term sheet provisions regarding same (0.20). | 0.4 | 720 | 288 |

| Date | Name | Type | Matter | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5/22/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Work on plan term sheet (3.30); call with P. Johanssen regarding same (0.50). | 3.8 | 720 | 2736 |
| 5/23/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Revise and circulate first draft of plan term sheet (0.80); emails with P. Johannsen (0.10) and A. Patten (0.10) regarding same. | 1 | 720 | 720 |
| 5/28/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Prepare for meeting with P. Johannsen regarding plan terms and negotiations (0.30); start work on form of plan (0.80). | 1.1 | 720 | 792 |
| 5/29/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Meet with P. Johannsen and A. Patten regarding plan approach and related issues. | 2.8 | 720 | 2016 |
| 5/30/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Draft revise and circulate first draft of memorandum regarding plan issues (2.40) call with P. Johanssen regarding same (0.30). | 2.7 | 720 | 1944 |
| 6/2/2014 | Peter Benvenutti | Service | Plan and Disclosure Statment | Review comments on draft memo to client and review emails re same (.30).confer with T. Keller re strategy (.20). | 0.5 | 720 | 360 |
| 6/2/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Review comments to memorandum on plan approach (0.10); confer with P. Benvenutti regarding same (0.20). | 0.3 | 720 | 216 |
| 6/6/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Preparation call with P. Johannsen (0.20) and call with team (0.50) regarding plan issues | 0.7 | 720 | 504 |
| 6/9/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Draft revise and final memorandum regarding updated strategy (1.20); update term sheet consistent with same (0.30). | 1.5 | 720 | 1080 |
| 6/10/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Revise plan term sheet (0.20) and emails with P. Johannsen and A. Patten regarding same (0.10); call with P. Johanssen regarding same (0.40). | 0.7 | 720 | 504 |
| 6/10/2014 | Peter Benvenutti | Service | Plan And Disclosure Statment | Review long email from A. Patten re plan term sheet strategy. | 0.1 | 720 | 72 |
| 6/12/2014 | Tobias Keller | Service | Plan And Disclosure Statment | Emails with P. Johannsen regarding plan term sheet negotiation questions. | 0.2 | 720 | 144 |
| 6/17/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Call with P. Johannsen regarding term sheet issues. | 0.2 | 720 | 144 |
| 6/18/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Emails regarding plan issues. | 0.1 | 720 | 72 |
| 6/19/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Call with J. Garfinkle regarding plan issues (0.30); emails with P. Johannsen and A. Patten regarding same. | 0.4 | 720 | 288 |
| 6/22/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Revise and circulate plan term sheet (0.30); work on form of plan (1.30). | 1.6 | 720 | 1152 |
| 6/24/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Emails with A. Patten and P. Johannsen regarding plan term sheet and related issues. | 0.2 | 720 | 144 |
| 6/26/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Calls with J. Garfinkle for M. Kvamme regarding plan support (0.30) and follow up email with client (0.10); emails with team regarding plan timing and filing (0.20). | 0.6 | 720 | 432 |
| 6/27/2014 | Peter Benvenutti | Service | Plan And Disclosure Statment | Review emails from T. Keller P. Johannsen A. Patten re plan term sheet JPM position re plan strategy and schedule. | 0.1 | 720 | 72 |

| Date | Name | Type | Matter | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6/27/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Call with P. Johannsen regarding plan negotiations (0.30); emails with A. Patten and P. Johannsen regarding same (0.20). | 0.5 | 720 | 360 |
| 6/30/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Calls with P. Johannsen (0.20) and J. Garfinkle (0.20) regarding plan sponsor. | 0.4 | 720 | 288 |
| 7/8/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Calls with J. Garfinkle regarding plan terms (0.20); L. Stenfeldt for homeowners regarding same (0.60); and A. Patten and P. Johannsen (0.30) regarding same. | 1.1 | 720 | 792 |
| 7/14/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Call and emails with J. Kim regarding plan and disclosure statement for The Homestead including brief background regarding same (0.30); emails with client A. Patten regarding going-forward for plan and disclosure statement and status (0.20). | 0.5 | 720 | 360 |
| 7/14/2014 | Jane Kim | Service | Plan and Disclosure Statment | T/C w/ T. Keller re: case background and plan (.3) draft plan (6.5) | 6.8 | 495 | 3366 |
| 7/15/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Telephone call with J. Kim regarding plan terms and issues relating to same. | 0.3 | 720 | 216 |
| 7/15/2014 | Jane Kim | Service | Plan and Disclosure Statment | Draft plan (3.1) e-mails w/ T. Keller re: same (.3) T/C w/ T. Keller re: draft plan (.1) draft disclosure statement (3.5) | 7 | 495 | 3465 |
| 7/16/2014 | Jane Kim | Service | Plan and Disclosure Statment | Draft disclosure statement | 8.5 | 495 | 4207.5 |
| 7/16/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Call from P. Johannsen regarding plan negotiations and status. | 0.2 | 720 | 144 |
| 7/17/2014 | Jane Kim | Service | Plan and Disclosure Statment | Draft disclosure statement (6.1) e-mails to T. Keller re: same (.3) | 6.4 | 495 | 3168 |
| 7/17/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Correspondence with J. Kim regarding plan-related issues. | 0.2 | 720 | 144 |
| 7/20/2014 | Jane Kim | Service | Plan and Disclosure Statment | Revise plan (1.5) e-mails w/ T. Keller re: same (.2) | 1.7 | 495 | 841.5 |
| 7/20/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Revise draft of plan (2.20); emails to J. Kim regarding same (0.20). | 2.4 | 720 | 1728 |
| 7/21/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Further review of plan and plan revisions by J. Kim (0.60) and forward same to client; cover memorandum to client regarding same (0.20); coordinate call regarding same (0.10). | 0.9 | 720 | 648 |
| 7/22/2014 | Jane Kim | Service | Plan and Disclosure Statment | T/C w/ T. Keller A. Patten P. Johanssen re: plan (.4) f/u e-mails to T. Keller A. Patten P. Johanssen re: same (.2) t/c w/ T. Keller re: same (.2) revise plan (2.5) t/c w/ P. Johanssen re: disclosure statement (.9) draft and revise disclosure statement (5.0) | 9.2 | 495 | 4554 |
| 7/22/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Call with client regarding draft plan (0.50) and follow up emails (0.10) regarding issues relating to same; review term sheet from homeowners (0.30) and emails to client (0.10) J. Garfinkle (0.20) regarding same; review J. Kim markup of plan (0.30) and email to J. Kim regarding same (0.10). | 1.6 | 720 | 1152 |

| Date | Name | Type | Matter | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7/23/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Call with J. Kim regarding plan revisions. | 0.2 | 720 | 144 |
| 7/23/2014 | Jane Kim | Service | Plan and Disclosure Statment | T/C w/ P. Johanssen re: disclosure statement (.3) t/c w/ A. Patten re: plan (.3) e-mails to T. Keller re: disclosure statement (.4) revise plan (.4) t/c w/ T. Keller re: disclosure statement (.1) revise disclosure statement (2.0) e-mail to A. Patten & P. Johanssen re: plan and disclosure statement (.1) | 3.6 | 495 | 1782 |
| 7/24/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Review and mark up disclosure statement (2.30); emails (0.20) and follow up call (.20) with J. Kim regarding same. | 2.7 | 720 | 1944 |
| 7/24/2014 | Jane Kim | Service | Plan and Disclosure Statment | T/C w/ T. Keller re: plan (.2) e-mail to P. Johanssen re: plan and disclosure statement (.1) e-mails to T. Keller re: disclosure statement (.5) revise disclosure statement (1.8) | 2.6 | 495 | 1287 |
| 7/25/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Telephone calls with J. Kim (0.50) P. Johannsen (0.30) and J. Garfinkle (0.20) regarding plan and disclosure statement issues and questions; review appraisals and appraisal information (0.80). | 1.8 | 720 | 1296 |
| 7/25/2014 | Jane Kim | Service | Plan and Disclosure Statment | T/C w/ T. Keller re: plan and disclosure statement (.5) t/c w/ P. Johannsen re: disclosure statement (.4) e-mails to A. Patten re: disclosure statement (.3) e-mail to P. Johannsen re: same (.1) e-mails to T. Keller re: same (.3) revise disclosure statement and plan (3.2) e-mail to A. Patten & P. Johannsen re: same (.1) | 4.9 | 495 | 2425.5 |
| 7/27/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Review revisions to plan and disclosure statement (0.60); emails with J. Kim and client (0.20) regarding same. | 0.8 | 720 | 576 |
| 7/28/2014 | Jane Kim | Service | Plan and Disclosure Statment | T/C w/ T. Keller re: plan (.2) revise plan and disclosure statement (2.2) e-mails to A. Boucher A. Patten T. Keller P. Johannsen re: same (.6) t/c w/ A. Patten re: plan (.2) | 3.2 | 495 | 1584 |
| 7/28/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Confer with J. Kim regarding finalizing plan and disclosure statement for filing. | 0.3 | 720 | 216 |
| 7/29/2014 | Tobias Keller | Service | Plan and Disclosure Statment | Correspondence with J. Kim (0.20) and creditors (0.20) regarding plan and disclosure statement (0.20) filing; calls with L. Stenfeldt for homeowners (0.10) regarding same. | 0.5 | 720 | 360 |
| 7/29/2014 | Jane Kim | Service | Plan and Disclosure Statment | Review plan and disclosure statement for filing (.4), e-mails to A. Boucher re: same (.2), e-mails to P. Johanssen re: same (.1) | 0.7 | 495 | 346.5 |
| Total Plan & Disclosure Statement | | | | | 93.2 | | 54819 |
| GRAND TOTAL | | | | | 108.8 | | 64161 |

| Date | User | Activity Class | Activity | Description | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|
| 5/22/2014 | Tobias Keller | Expense | Reimbursable expense | Flight to/from Kalispell for client meetings | 1 | 441 | 441 |
| 5/22/2014 | Tobias Keller | Expense | Reimbursable expense | Flight for client meeting in Kalispell | 1 | 490 | 490 |
| 5/28/2014 | Tobias Keller | Expense | Reimbursable expense | Lodging in Whitefish | 1 | 137.5 | 137.5 |
| 5/28/2014 | Tobias Keller | Expense | Reimbursable expense | Cab home/SFO for client meetings in MT | 1 | 57.5 | 57.5 |
| 5/28/2014 | Tobias Keller | Expense | Reimbursable expense | Lunch on way to meetings with client in MT | 1 | 11.5 | 11.5 |
| 5/31/2014 | Tobias Keller | Expense | Reimbursable expense | Cab home from meetings in Whitefish/SFO | 1 | 78 | 78 |
| **Total** | | | | | | | **1215.5** |